```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HENRY TUCKER, on behalf of himself and
all others similarly situated,

                           Plaintiff,

          -against-

TASK FORCE ZERO LLC,

                           Defendant.
-----------------------------------------------------------------X

24-CV-5052 (PAE) (KHP)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on September 3, 2024 (doc. no 11) the Initial Case Management Conference currently scheduled for **September 12, 2024** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              September 4, 2024

                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge