UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

     Plaintiffs,

   v.

TASK FORCE ZERO LLC,

     Defendant.
------------------------------------- x

No.: 1:24-cv-5052

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, TASK FORCE ZERO LLC, with prejudice and without fees and costs.

Dated: New York, New York
   September 19, 2024

                GOTTLIEB & ASSOCIATES PLLC

                  */s/Michael A. LaBollita, Esq.*

                Michael A. LaBollita, Esq., (ML-9985)
                  150 East 18th Street, Suite PHR
                     New York, NY 10003
                     Phone: (212) 228-9795
                      Fax: (212) 982-6284
                     Michael@Gottlieb.legal

                      *Attorneys for Plaintiffs*

SO ORDERED.

    *Paul A. Engelmayer*
    ―――――――――――――――
    PAUL A. ENGELMAYER
    United States District Judge

Dated: September 24, 2024
   New York, New York